UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATIF R. EVANS, | 1:11-cv-1424-LJO-SKO  (HC) |
| Petitioner, | |
| vs. | ORDER DENYING MOTION FOR RECONSIDERATION OF APPOINTMENT OF COUNSEL |
| HARTLEY, | |
| Respondent. | (DOCUMENT #18) |

Petitioner requested the appointment of counsel on September 13, 2011. This Court denied petitioner's request on September 15, 2011. On September 26, 2011 Petitioner filed a Motion of Reconsideration of the Court's September 15, 2011 Order denying appointment of Counsel.

There currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984).  However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases.  In the present case, the Court does not find that the interests of justice require the appointment of counsel at the present time.

///

///

1  Accordingly, IT IS HEREBY ORDERED that Petitioner's motion of reconsideration
2  of the Court's previous order is denied.

5  IT IS SO ORDERED.

6  **Dated:   October 3, 2011**              /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE