UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATIF R. EVANS, | ) 1:11-cv—01424-LJO-SKO-HC |
| | ) |
| Petitioner, | ) ORDER ADOPTING FINDINGS AND |
| | ) RECOMMENDATION TO DENY |
| | ) PETITIONER'S APPLICATIONS FOR |
| v. | ) DEFAULT JUDGMENT |
| | ) (DOCS. 25, 24) |
| BOARD OF PAROLE HEARINGS | ) |
| (BPH), et al., | ) ORDER DENYING PETITIONER'S |
| | ) APPLICATIONS FOR DEFAULT JUDGMENT |
| Respondents. | ) (DOC. 24) |
| | ) |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b)(1) and Local Rules 302 through 304.

On November 9, 2011, the Magistrate Judge filed findings and recommendations in which it was recommended that Petitioner's motion for default judgment be denied. The findings and recommendations were served on all parties on the same date. The findings and recommendations notified the parties that objections could be filed within thirty days of service. Although over

1

1 | thirty days have passed, no objections have been filed.
2 |     In accordance with the provisions of 28 U.S.C. § 636
3 | (b)(1)(C), this Court has conducted a *de novo* review of the case.
4 | The undersigned has carefully reviewed the entire file and finds
5 | that the findings and recommendations are supported by the record
6 | and proper analysis.
7 |     Accordingly, it is ORDERED that:
8 |     1. The Findings and Recommendations filed on November 9,
9 | 2011, are ADOPTED in full; and
10 |     2. Petitioner's motion for default judgment is DENIED.
11 | IT IS SO ORDERED.
12 | **Dated:**    **January 4, 2012**          /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE